UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 ORDER
 v.                 11-CR-211A

MARCHELLO M. GILDERSLEEVE,

      Defendant.

   The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 19, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to suppress be granted in part and denied in part.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress is granted in part and denied in part.

   The parties are to appear at 9:00 a.m. on Thursday, May 9, 2013 for a meeting to set a trial date.

   SO ORDERED.

             *s/ Richard J. Arcara*
             HONORABLE RICHARD J. ARCARA
             UNITED STATES DISTRICT JUDGE

DATED: May 7, 2013